UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Hamilton County

Kendel Robinson                    )
_____            )
                                   )
_____            )
(Enter above the NAME of the       )  1:26-cv-16
plaintiff in this action.)         )  Collier/Dumitru
                                   )
        v.                         )
                                   )
Coty Wamp                          )
Andrew Coyle                       )  (In each individual and official
David Macneill                     )         Capacity)
(Enter above the NAME of each      )
defendant in this action.)         )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment?  YES ( ) NO (X)

    B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using the
        same outline.)

        1.  Parties to the previous lawsuit:

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (X)

C. If your answer is YES,

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer to B is NO, explain why not. Grievance Procedure is not needed for this case.

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Kendel A. Robinson

Present address: 2520 Union Springs Rd Whiteville, TN 38075

Permanent home address: P.O. Box 22552 Chattanooga, TN 37412

Address of nearest relative: 5411 Sunny Dill Lane Chattanooga, TN 37412

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Coty Wamp

Official position: Head District Attorney

Place of employment: District Attorney's Office, Hamilton County, TN

C. Additional defendants: Andrew Coyle, David Maenelll

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I. Jurisdiction

This action arises under 42 U.S.C § 1983 for deprivation

3

of Constitutional rights under color for State Law.

## II. FACTS

At a bond hearing, Defendant Coty Wamp stated on the record that plaintiff was, "wasting the courts time." This Statement:

- was made under color of State Law.
- was intended to prejudice the Court.
- Interfered with Judicial neutrality.
- Contributed to excessive and retaliatory Punishment.

## III. Claims for Relief

Count I - Due Process (14th Amendment)

Defendant deprived plaintiff for a fair and impartial Proceeding.

Count II. - Obstruction of Justice

Defendant interfered with Court Procedure to influence Judicial outcomes.

Count III - Cruel and Unusual Punishment

Defendant's Conduct contributed to punishment outside lawful Constitutional bounds.

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Damages: Plaintiff Seeks:
- Declatory Relief
- Compensatory Damages
- Punitive Damages
- Attorney's fee's Under 42 U.S.C. § 1988

*Also Plaintiff Demands trial by Jury*

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  January  day of  6th , 20 26 .

_Kendel Pikison_
Signature of plaintiff(s)

5